UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00368-MOC

| | | |
|---|---|---|
| **CHRISTOPHER QUINN MOSES,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the court on petitioner's Motion to Hold Petitioner's Motion

to Vacate in Abeyance.  Having considered petitioner's motion and reviewed the pleadings, the

court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that petitioner's Motion to Hold Petitioner's Motion

to Vacate in Abeyance (#7) is GRANTED, and this matter is HELD IN ABEYANCE for 14 days

from the issuance of the Mandate in <u>United States v. Brown</u>, No.16-7056.

Signed: May 11, 2017

Max O. Cogburn Jr
United States District Judge